IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JUMAR MANSAW,

      Plaintiff,

      v.                                         CASE NO.  20-3270-SAC

ERNESTO TERRAZAS, et al.,

      Defendants.

## ORDER

Plaintiff filed this *pro se* civil rights case under 42 U.S.C. § 1983.  Plaintiff filed a motion for leave to proceed *in forma pauperis*.  (Doc. 2.)  On November 20, 2020, the Court granted Plaintiff's motion for leave to proceed *in forma pauperis* and assessed an initial partial filing fee in the amount of $10.50, calculated under 28 U.S.C. § 1915(b)(1).  The order provides that the failure to pay the initial partial filing fee or file an objection by December 14, 2020, "may result in the dismissal of this matter without further notice."  (Doc. 5.)

Rule 41(b) of the Federal Rules of Civil Procedure "authorizes a district court, upon a defendant's motion, to order the dismissal of an action for failure to prosecute or for failure to comply with the Federal Rules of Civil Procedure or 'a court order.'"  *Young v. U.S.*, 316 F. App'x 764, 771 (10th Cir. 2009) (citing Fed. R. Civ. P. 41(b)).  "This rule has been interpreted as permitting district courts to dismiss actions *sua sponte* when one of these conditions is met."  *Id*. (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)).  "In addition, it is well established in this circuit that a district court is not obligated to follow any particular procedures when dismissing an action *without prejudice* under Rule 41(b)."  *Young*, 316 F. App'x at 771–72 (citations omitted).

Plaintiff has failed to submit the initial partial filing fee by the Court's deadline.

**IT IS THEREFORE ORDERED THAT** this matter is dismissed without prejudice under Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED**.

**Dated June 11, 2021, in Topeka, Kansas.**

s/_Sam A. Crow_____
**SAM A. CROW**
**U. S. Senior District Judge**